Samuel K. Reid
35460 Stefs Landing
Locust Grove VA 22508

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 04 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Re: Samuel K. Reid vs
    Liberty Mutual Insurance Company

United States District Court for the Western District of Virginia

Civil Action No. 3:20-CV-00023

Now Comes the Plaintiff Samuel K. Reid Requesting the Honorable Judge to Grant Monetary Relief to Plaintiff..... On March 2, 2018 incident occured that cause damage to my Auxiliary property and main House Covered by Liberty Insurance Corporation Policy# H3723821078440 Claim# 037060046

A) Liberty Insurance Corporation (LIC) sent unqualified inspector for Assesment and to quantify payment to 100% Restoration.....

A) COMG: This person by his own statement "I AM A TRAINEE"..... He was not experienced in this field....

B) He completed his estimate end of (MARCH ±) 2018..... Missed (grossly) underestimated & undervalued the damages & assessments

C) I called my claims adjuster late March early April 2018..... Requesting A experienced adjuster ie A fair evaluation of the damages to restore my property to 100% of state pre incident They Refused.....

D) I got my own estimates They did not believe..... Initially They (LIC) did not send new inspector until (October ± 2018)

E) Home Inhabitable even to this day.

F) The (LIF) changed insurance Adjuster (± 8 times) everyone making promises not keeping them......

G) (LIF) did not seek to restore me nor my family to 100% for 6± months .... my properties were engulfed in mold & mildew due to (LIF) negligance

H) Due to (LIF) negligance (LIF) contracted Rainbow Restoration to remediate the mold & mildew both properties..... Structures & personal properties..... I do have pics to submit......

Notice: I do humbly request the Honorable Judge to change civil suite to Liberty Insurance Corporation...... and make a monetary award to the plaintiff in this delicate matter....

NOTE: My wife has lung disease..... Congestive Heart Failure..... Suffers from Severe Edema..... Acute Arthritic back.... both Knees..... Asthma With these Health issues (multiple) I had advised (LIC) about these issues on the onset of this claim on several occassions my wife & my Health issues were IGNORED.... & several time the Condition of our Home Excacerbated these issues we were in a Hotel from June 2019 to January 2020... (mold & mildew) from Claim..... March 2018

I did all I could do to limit damages

I am my wifes Caregiver....

NOTE: As per The Constitution I do hereby Request A Jury Trial in this Civil Matter......

Sincerely,

*[signature]*

Samuel Keith Reid
(Plaintiff)