IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

SAMUEL K. REID,

    Plaintiff,

v.                                                                                  Civil Action No. 3:20-cv-00023

LIBERTY INSURANCE CORPORATION,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2), the parties hereby stipulate to the dismissal with prejudice of this action, including all claims stated in it, with each party to bear his or its own costs. This Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement and Release between the parties, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994).

It is so Ordered.

Date: April 29, 2021

Entered: May 26, 2021

/s/ Elizabeth K. Dillon

---

Samuel K. Reid, *pro se* plaintiff
35460 Stefs Landing
Locust Grove, VA 22508

s/ E. Ford Stephens
Virginia State Bar Number: 25959
Counsel for Defendants
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219-3095
Tel. (804) 697-4100
Fax (804) 697-4112
estephens@cblaw.com